UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN HELWIG,<br><br>                Plaintiff,<br><br>    v.<br><br>DANIEL J. MYERS, PH.D., and<br>MISERICORDIA UNIVERSITY,<br><br>                Defendants. | CIVIL ACTION NO. 3:22-CV-01916<br><br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, this 15th day of January, 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Defendants' motions for summary judgment is **GRANTED in part** and **DENIED in part**. (Doc. 42). Defendants' motion is **GRANTED** as to Counts I, II, II, and VI. (Doc. 42). Helwig's claims of age discrimination, sex discrimination, and disability discrimination and harassment are **DISMISSED**. (Doc. 1). Defendants' motion is **GRANTED** as to Count VII. (Doc. 42). Helwig's claims of ADA, ADEA, PHRA, and FMLA retaliation are **DISMISSED**. (Doc. 1). Defendants' motion is **GRANTED** as to Count V. (Doc. 42). Helwig's claims of harassment and hostile work environment are **DISMISSED**. (Doc. 1). Defendants' motion is **DENIED** as to Counts IV of FMLA failure to notify and FMLA interference. (Doc. 42). Finally, Defendants' motion is **GRANTED** as to Count VII. (Doc. 42). Helwig's claims of defamation are **DISMISSED**. (Doc. 1).

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**